UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 2:08-CR-106-01 |
| ) | |
| KENNETH G. MACKAY ) | |

### PETITION OF TOWN OF WILLISTON

    NOW COMES the Petitioner, Town of Williston, and asserts its claim to the forfeited property, 88 Callaway Drive, Williston, Vermont. The Petitioner requests that it be afforded a hearing by the Court to adjudicate its claim on the property in question. Said claim is based upon the municipal taxes for the fiscal tax year July 1, 2008 through June 30, 2009 for the property owned by Kenneth G. MacKay and Amy L. MacKay at 88 Callaway Drive, Williston, Vermont, remaining unpaid in whole or in part. There is currently due and owing on account of taxes and interest for said property the sum of $25,621.89. This amount will increase to $25,744.20 as of February 15, 2009.

    WHEREFORE, the Petitioner requests that the Court conduct a hearing, determine the validity of the Petitioner's claim and order the payment of that claim out of the proceeds of the forfeiture and subsequent sale.

    DATED at Williston, Vermont, this _4_ day of February, 2009.

                                                DEBORAH BECKETT, Williston Town Clerk
                                                Williston Town Clerk's Office
                                                7900 Williston Road
                                                Williston, VT 05495

JOSEPH D. FALLON
ATTORNEY AT LAW
P. O. BOX 257
10729 ROUTE 116
HINESBURG, VT 05461

(802) 482-2137

Deborah Beckett, Williston Town Clerk, appeared before me this __4__ day of February, 2009, and, under penalty of perjury, swore to the validity of the contents of the foregoing Petition.

*Kathryn Boyden*
NOTARY PUBLIC

My commission expires: 2/10/2011

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this pleading has been served upon the U.S. Attorney on this __9th__ day of February, 2009.

*Shelley J. LaBerge*
SHELLEY J. LaBERGE, Legal Assistant to
Joseph D. Fallon, Esq.

JOSEPH D. FALLON
ATTORNEY AT LAW
P.O. BOX 257
10729 ROUTE 116
HINESBURG, VT 05461

(802) 482-2137

2