# JOSEPH D. FALLON
ATTORNEY AT LAW
P. O. BOX 257, 10729 ROUTE 116
HINESBURG, VT 05461

(802) 482-2137
FAX (802) 482-2138
EMAIL jfallon@madriver.com

November 17, 2011

Mr. Jeffrey S. Eaton, Clerk
United States District Court for the
    State of Vermont
PO Box 945
Burlington, VT 05402-0945

**RE: United States v. Kenneth G. MacKay; Criminal Docket No. 2:08-CR-106-01**

Dear Mr. Eaton:

The Town of Williston's interest in the above-referenced matter has been satisfied. Accordingly, it is no longer necessary to copy the Town of Williston concerning this matter.

Thank you for giving this matter your kind attention.

Very truly yours,

Joseph D. Fallon

JDF:sjl
cc:    Ms. Deborah Beckett, Williston Town Clerk (via email)
        Mr. Richard McGuire, Williston Town Manager (via email)
        Matthew B. Byrne, Esq. (via email)
        John L. Pacht, Esq. (via email)
        Paul J. Van De Graaf, Esq. (via email)
        Debra L. Bouffard, Esq. (via email)
        Creative Sound, *pro se*

RECEIVED
NOV 18 2011
U.S. DISTRICT COURT
BURLINGTON, VT